1  MELINDA HAAG (CASBN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   MICHAEL H. LAMPHIER (AZBN 21535)
5  Special Assistant United States Attorney

6       Defense Language Institute – Criminal Law
        1336 Plummer Street, Building 275
7       Monterey, CA  93944
        Telephone: (831) 242-6394
8       Email: michael.lamphier@us.army.mil

9  Attorneys for Plaintiff

**FILED**

APR 1 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Criminal No.: CR-12-00166 HRL |
| Plaintiff,   ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| vs.   ) | |
| MARIA D. ORTEGA SANCHEEZ,   ) | |
| Defendant.   ) | |

On April 2, 2012, the parties in this case appeared before the Court for an initial appearance. The parties jointly requested that the case be continued from April 2, 2012, until June 4, 2012 at 9:30 a.m., in order to allow counsel reasonable time necessary for effective preparation. In addition, the parties requested an exclusion of time under the Speedy Trial Act, from April 2, 2012 to 4 June, 2012 at 9:30 a.m.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

1
STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-12-00166 HRL

SO STIPULATED:                             MELINDA HAAG
                                           United States Attorney


DATED: 12 April 2012                       /S/
                                           ─────────────────────────────
                                           MICHAEL H. LAMPHIER
                                           Special Assistant United States Attorney


DATED:                                     /S/
                                           ─────────────────────────────
                                           MANUEL ARAUJO
                                           Counsel for the Defendant


## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from April 2, 2012 to June 4, 2012. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 4/16/12                             ─────────────────────────────
                                           HOWARD R. LLOYD
                                           United States Magistrate Judge