| | |
|---|---|
| 1  MELINDA HAAG (CASBN 132612)<br>    United States Attorney<br>2<br>    MIRANDA KANE (CABN 150630)<br>3  Chief, Criminal Division<br>4  AUTUMN R. PORTER (CASBN 240750)<br>    Special Assistant United States Attorney<br>5<br>         Defense Language Institute – Criminal Law<br>6        1336 Plummer Street, Building 275<br>         Monterey, CA  93944<br>7        Telephone: (831) 242-6394<br>         Email: autumn.r.porter.mil@mail.mil<br>8<br>9  Attorneys for Plaintiff | **FILED**<br>AUG 1 3 2012<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,   | ) | Criminal No.: CR-12-00166 HRL |
|                              | ) | |
|         Plaintiff,           | ) | SECOND STIPULATION AND |
|                              | ) | [~~PROPOSED~~] ORDER EXCLUDING TIME |
|    vs.   *Sanchez*           | ) | |
|                              | ) | |
| MARIA D. ORTEGA ~~SANCHEEZ~~,| ) | |
|                              | ) | |
|         Defendant.           | ) | |

On August 6, 2012, the parties in this case appeared before the Court for a status hearing. The parties jointly requested that the case be continued from August 6, 2012, until October 1, 2012 at 9:30 a.m., in order to allow counsel reasonable time necessary for effective preparation. In addition, the parties requested an exclusion of time under the Speedy Trial Act, from August 6, 2012 to October 1, 2012 at 9:30 a.m.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SECOND STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-12-00166 HRL

| | |
|---|---|
| SO STIPULATED: | MELINDA HAAG<br>United States Attorney |
| DATED: August 10, 2012 | /S/<br>AUTUMN R. PORTER<br>Special Assistant United States Attorney |
| DATED: | /S/<br>MANUEL ARAUJO<br>Counsel for the Defendant |

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from August 6, 2012 to October 1, 2012. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 8/13/12

HOWARD R. LLOYD
United States Magistrate Judge

SECOND STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-12-00166 HRL