MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ROBERT K. PRUITT (KYBN 93232)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA  93944
    Telephone: (831) 242-6394
    Email: robert.k.pruitt.mil@mail.mil

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-12-00166 HRL |
| Plaintiff, | THIRD STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| vs. | |
| MARIA D. ORTEGA SANCHEZ, | |
| Defendant. | |

    On February 4, 2013, the parties in this case appeared before the Court for a status hearing. The parties jointly requested a trial date be set for May 13, 2013 at 9:30 AM.  In addition, the parties are requesting an exclusion of time under the Speedy Trial Act, from October 1, 2012 to May 13, 2013.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

///

///

///

THIRD STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-12-00166 HRL

SO STIPULATED:                              MELINDA HAAG
                                            United States Attorney


DATED:  February 6, 2013                    /S/
                                            ROBERT K. PRUITT
                                            Special Assistant United States Attorney


DATED:  February 6, 2013                    /S/
                                            MANUEL ARAUJO
                                            Counsel for the Defendant


                                    ORDER

   Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from October 1, 2012 to May 13, 2013 at 9:30 AM.  The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.


DATED: 2/12/2013                            _____
                                            PAUL S. GREWAL
                                            United States Magistrate Judge


THIRD STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-12-00166 HRL