MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile: (408) 535-5081
   jeffrey.b.schenk@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00166-HRL |
|     Plaintiff, ) | |
|     v. ) | NOTICE OF DISMISSAL |
| MARIA ORTEGA SANCHEZ, ) | |
|     Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information and superseding information without prejudice as to defendant Maria Ortega Sanchez.

DATED: May 14, 2013                        Respectfully submitted,

                                          MELINDA HAAG
                                          United States Attorney

                                         ___/s/_____
                                         JEFFREY B. SCHENK
                                         Assistant United States Attorney

NOTICE OF DISMISSAL - CR 12-00166-HRL

1  Leave of Court is granted to the government to dismiss that information and superseding
2  information without prejudice as to defendant Maria Ortega Sanchez.
3
4
5  Date: May 14, 2013
6  PAUL S. GREWAL
   United States Magistrate Judge

NOTICE OF DISMISSAL - CR 11-00163-MAG2